UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1597

THOMAS E. GUST; BRYON W. SISK; ROGER C.
HOWARD; TODD LEOPARD; MICHAEL MIRANDA; HERMAN
G. SHAMEL, JR.; DAVID L. BILES; THOMAS J.
SQUIREK,

Plaintiffs - Appellants,

versus

E. NORRIS TOLSON; EUGENE J. CELLA; J. MOODY;
G. D. DRUM; B. S. BLACKMON; EDWARD S. KOONCE;
E. K. MAXIE; T. A. SLEDGE; CARLA R. HELMS;
CAHN H. LE, all in their individual and
personal capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:05-cv-00444)

Submitted: October 31, 2006          Decided: November 2, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas E. Gust, Bryon W. Sisk, Roger C. Howard, Todd Leopard,
Michael Miranda, Herman G. Shamel, Jr., David L. Biles, Thomas J.
Squirek, Appellants Pro Se. Michael David Youth, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Sarah Beckett
Boehm, MCGUIREWOODS, L.L.P., Richmond, Virginia, Robert Aubrey Cox,

Jr., MCGUIREWOODS, L.L.P., Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas E. Gust, Bryon W. Sisk, Roger C. Howard, Todd Leopard, Michael Miranda, Herman G. Shamel, Jr., David L. Biles, and Thomas J. Squirek appeal the district court's order granting Appellees' motions to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gust v. Tolson</u>, No. 3:05-cv-00444 (W.D.N.C. May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>